UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAN ALEXANDER LEIVA DUARTE,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Respondents. | Case No. 5:26-cv-00746-FLA (AJR)<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR RESPONSE TO PETITIONER'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION [DKT. 4]** |

On February 17, 2026, Petitioner Willian Alexander Leiva Duarte ("Petitioner") filed an *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction ("Application"), seeking "a temporary restraining order directing the Immigration Judge to conduct a bond hearing and prohibiting the denial of bond for lack of jurisdiction pursuant to 8 U.S.C. § 1225(b)(2)(A)." Dkt. 4 at 2.

Respondents' response to the Application shall be filed on or before February 27, 2026. *See* Local Civil Rule App. C(2). Petitioner's deadline to file a reply shall be March 6, 2026. The Application shall be taken under submission as of March 6, 2026, and the court will set the matter for hearing if the court deems one necessary or

appropriate.  *See* Fed. R. Civ. P. 78(b); Local Rule 7-15.

To preserve the court's jurisdiction pending a ruling in this matter, it is **ORDERED** that Petitioner shall not be removed from the United States unless and until this court orders otherwise.  *See Cal. Energy Comm'n v. Johnson*, 767 F.2d 631, 634 (9th Cir. 1985) ("The All Writs Act, 28 U.S.C. § 1651(a), empowers the federal courts to issue writs of mandamus necessary to protect their prospective jurisdiction."); *see also Belbacha v. Bush*, 520 F.3d 452, 455–56 (D.C. Cir. 2008) ("If a case presents a 'substantial' jurisdictional question, then under the All Writs Act, 28 U.S.C. § 1651, a district court may act to preserve its jurisdiction while it determines whether it has jurisdiction.").

Further, given Petitioner's interest in participating in further proceedings before this court and maintaining adequate access to legal counsel throughout the duration of these proceedings, it is **ORDERED** that Petitioner shall not be transferred outside this District absent further order from this court.  *See United States v. United Mine Workers of Am.*, 330 U.S. 258, 293 (1947) (holding "the District Court had the power to preserve existing conditions while it was determining its own authority to grant injunctive relief").

IT IS SO ORDERED.

Dated: February 20, 2026

                                                  FERNANDO L. AENLLE-ROCHA
                                                United States District Judge