UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALEXANDER LEIVA DUARTE,<br><br>                    Petitioner,<br><br>        v.<br><br>KRISTI NOEM, *et al.*,<br><br>                    Respondents. | Case No. 5:26-cv-00746-FLA (AJR)<br><br>**ORDER GRANTING PETITIONER'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER [DKT. 4]** |

On February 17, 2026, Petitioner Willian Alexander Leiva Duarte ("Petitioner") filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition," Dkt. 1) and an *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause ("Application," Dkt. 4).  Petitioner requests the court order Respondents to provide him with an individualized bond hearing before an immigration court or release him from their custody immediately.  Dkt. 4 at 2.

On February 27, 2026, Respondents filed a Response to the Application, acknowledging that Petitioner appears to be a member of the Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 5:25-cv-01873-SSS (BFM), --- F. Supp. 3d ---, 2025 WL 3713987 (C.D. Cal. Dec. 18, 2025), and that "Petitioner's

claim appears to be subject to the [*Maldonado*] *Bautista* judgment, the order enforcing the same, and to any applicable appellate proceedings relating to it." Dkt. 10 at 1–2. Respondents, thus, concede this court may order them to provide Petitioner with an individualized bond hearing "consistent with what [c]ourts in this District have generally ordered in similar cases, which is to require a § 1226(a) hearing be held within seven (7) days of the [c]ourt's order…." *Id.* at 2.

Accordingly, consistent with the Response to the Application and the order in *Maldonado Bautista*, No. 5:25-cv-01873-SSS (BFM), Dkt. 14 at 13, the court GRANTS the Application and ENJOINS Respondents from: (1) continuing to detain Petitioner unless he is provided with an individualized bond hearing before an immigration court, pursuant to 8 U.S.C. § 1226(a), within seven (7) days of the date of this Order; and (2) transferring, relocating, or removing Petitioner from the Central District of California pending the final resolution of this action, absent further order by this court. *See id.* The parties shall file a joint statement within seven (7) days of Petitioner's individualized bond hearing or release from detention, identifying what issues remain in dispute, if any, and addressing why the Petition and this action should not be dismissed as moot.

IT IS SO ORDERED.

Dated: March 10, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge

2